UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIAN EVETTE WILLIAMS,

    Plaintiff,

v.                               Case No.: 2:21-cv-854-JLB-KCD

JAMES F. POTTER, JOSHUA
PITTS, BRIAN HARRIS, and
KIMBERLY DAVIS,

    Defendants.
_____/

## ORDER AND DIRECTIONS TO CLERK[1]

Plaintiff Williams is proceeding on her amended complaint (Doc. 19) and was granted leave to proceed *in forma pauperis*. (Doc. 10.) This Order directs a request for a waiver of the service of summons upon Defendants Potter, Pitts, Harris, and Davis.

Accordingly, it is hereby **ORDERED**:

1. Within **ten (10) days** of the date of this Order, the **Clerk** shall send **via certified mail** to each defendant the following: The amended complaint (Doc. 19); the Notice of Lawsuit and Request for Waiver of Service of Summons form; the Waiver of Service of Summons form; and this Order. The **Clerk** shall fill in the date of mailing in the Notice of Lawsuit and Request for Waiver of Service of Summons and send each defendant a stamped, self-addressed

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

envelope to return the Waiver of Service of Summons form to the Court. All costs of mailing shall be advanced by the United States. The **Clerk** shall file a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons form, so the docket reflects the address utilized for mailing and the date of mailing.

2. Each defendant shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if he/she chooses to do so. If the defendant chooses to return the Waiver of Service of Summons, he/she should use the addressed, stamped envelope provided.

3. If a defendant returns the Waiver of Service of Summons form, that defendant shall have **sixty (60) days** from the date that the Waiver of Service of Summons form was mailed in which to answer or otherwise respond to the Complaint.

4. If a defendant does not return the Waiver of Service of Summons form within thirty (30) days from the date it was mailed, **the United States Marshal** thereafter will be directed to effectuate personal service upon that defendant, and the Court will enter an Order assessing that defendant the costs of personal service as set forth in the Federal Rules of Civil Procedure.[2] That defendant shall then have **twenty-one (21) days** from the date of personal service of process in which to answer or otherwise respond to the amended complaint.

**ORDERED** in Fort Myers, Florida, on July 7, 2022.

---

[2] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Further, if a defendant fails to waive service, without good cause, the Court "must impose" the expenses incurred in effectuating service. *Id.* at 4(d)(2)

_Kyle C. Dudek_
United States Magistrate Judge

SA:     FTMP-2
Copies:   Marian Evette Williams